UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KERVIN JEANTY,

               Plaintiff,

        -against-

BOTTINI FUEL OIL; MARK BOTTINI;
NANCY DOE,

              Defendants.

21-CV-8316 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

       In a letter dated December 15, 2021, Plaintiff requested an extension of time of file an amended complaint. (ECF 5.) The Court grants Plaintiff an additional 30 days, from the date of this order, to file his amended complaint.

SO ORDERED.

Dated:    January 18, 2022
         New York, New York

                         /s/ Laura Taylor Swain
                             LAURA TAYLOR SWAIN
                      Chief United States District Judge